UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTONIO LAMONT KENDRICK,

    Plaintiff,

v.                                        Case No. 1:24cv55-AW-HTC

DARLA KAY WHISTLER, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff Antonio Lamont Kendrick's failure to respond to the Court's show cause order of April 30, 2024, Doc. 5, or to comply with the Court's April 2, 2024, order to file a complete motion to proceed *in forma pauperis*. Doc. 4. As this case has now been pending for over two months without arrangement for payment of the filing fee, the undersigned recommends the case be dismissed without prejudice for failure to prosecute and failure to comply with Court orders.

On April 2, 2024, the Court ordered Kendrick to file, by April 23, 2024: (1) a financial certificate filled out by the appropriate official at the Alachua County Jail; and (2) a printout of the transactions in his inmate account for the six months preceding the filing of the complaint, in order to complete his motion to proceed *in*

*forma pauperis*.  Doc. 4.  Kendrick failed to timely respond, resulting in the Court issuing a show cause order, giving him until May 14, 2024, to comply with the April 2 order.  Doc. 5.  Kendrick failed to respond, and the time for doing so has passed.

Based on the foregoing, dismissal of this case is appropriate.  *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 31st day of May, 2024.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.

Case No. 1:24cv55-AW-HTC